**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

WAVERLY BRUCE PAGE                                              PLAINTIFF

v.                          No. 3:10CV00175 JLH

UNUM LIFE INSURANCE COMPANY
OF AMERICA                                                       DEFENDANT

**ORDER**

On April 5, 2011, Unum Life Insurance Company of America filed a motion to compel stating that on or about December 13, 2010, it had propounded interrogatories and requests for production of documents to the plaintiff, Waverly Bruce Page, but the plaintiff had not responded by producing the authorizations requested in requests for production Nos. 6, 7, 15, and 16. Waverly Bruce Page has not responded to the motion to compel. For good cause shown, the motion to compel is GRANTED. Document #8. The Court ORDERS Waverly Bruce Page to provide the authorizations requested in requests for production Nos. 6, 7, 15, and 16, within fourteen (14) days from the entry of this Order.

IT IS SO ORDERED this 25th day of April, 2011.

/s/ J. Leon Holmes
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE