IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WAVERLY BRUCE PAGE                                                                    PLAINTIFF

VS.                           CASE NO. 3:10cv00175-JLH

UNUM LIFE INSURANCE COMPANY OF AMERICA                                DEFENDANT

## ORDER OF DISMISSAL

Upon joint motion of the parties (Doc. No. 19), this case is hereby dismissed with prejudice. Each party is to bear their own costs and attorney's fees.

IT IS SO ORDERED this 28th day of November, 2011.

*J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE

APPROVED:

/s/ David M. Donovan
DAVID M. DONOVAN (81184)
ATTORNEY FOR DEFENDANT
WATTS, DONOVAN & TILLEY, P.A.
200 RIVER MARKET AVE., STE. 200
LITTLE ROCK, AR  72201-1769
(501) 372-1406
(501) 372-1209 FAX
david.donovan@wdt-law.com

/s/ R. Theodor Stricker
R. THEODOR STRICKER
MERRITT & ASSOCIATES, P.C.
P.O. BOX 660
JONESBORO, AR 72403-0660
(870) 931-7300
(870) 933-0083
tstricker@strickerlawfirm.com